DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE FIELDS JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-3808 and 4D21-3010

[September 30, 2022]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Judge; L.T. Case No. 18-8701CF10A.

Tyrone Fields Jr., Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***